# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MASSACHUSETTS

CIVIL ACTION #04 11917 WGY

WILLIAM ROWE,

PLAINTIFF

v.

SHARRON WENDY VALLIERE,

DEFENDANT

## APPEARANCE OF COUNSEL

The undersigned hereby appears on behalf of the Defendant, Sharron Wendy Valliere.

Dated:  September 22, 2004

Respectfully submitted,

*Carol A. Witt*

Carol A. Witt
Attorney for Defendant
125 Washington Street, Suite 201
Salem, Massachusetts 01970
BBO# 531820
Phone:  978-740-9900
Fax:  978-740-9901

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for the Plaintiff by mail, postage prepaid, on September 22, 2004.

*Carol A. Witt*

Carol A. Witt