# COMMONWEALTH OF MASSACHUSETTS

NANTUCKET, ss.                                    PROBATE & FAMILY COURT

EQUITY ACTION No.

SHARRON WENDY VALLIERE,

   Plaintiff

v.                                                VERIFIED COMPLAINT IN EQUITY

WILLIAM T. ROWE,
   Defendant

### JURISDICTION

This action is commenced under the general equity jurisdiction of the Court as provided in M.G.L.A. c. 215, § 6.

### PARTIES

1. The Plaintiff, Sharron Wendy Valliere resides at 237 Maple Street, Stowe, Vermont.

2. The Defendant, William T. Rowe resides at 110 Orange Street, Nantucket, Nantucket County, Massachusetts.

### COUNT I
### SPECIFIC PERFORMANCE

3. On June 21, 2002, the Plaintiff and Defendant executed Articles of Agreement forming a partnership under the trade name and style of "The Witchcraft Partnership".

4. The partnership was established for the purpose of constructing and buying a 33' Fortier sport fishing boat (#FDF33067D102TAN).

5. In furtherance of said partnership the Plaintiff made cash payments in the approximate amount of $108,000 directly to the Defendant and to the boat yard constructing the boat, and in addition thereto provided custom upholstery, fabric and other capital

A TRUE COPY, ATTEST:

Register of Probate

3