08/12/2004  16:18    5082285465    NANTUCKET PROBATE COURT    PAGE  09

# Commonwealth of Massachusetts

NANTUCKET, ss.

PROBATE & FAMILY COURT

EQUITY ACTION NO.: *04E 0002G C*

*********************************
SHARRON WENDY VALLIERE,

      Plaintiff

    V.

                               AFFIDAVIT IN SUPPORT OF EX PARTE
                               MOTION FOR TEMPORARY
                               RESTRAINING ORDER

WILLIAM T. ROWE,

      Defendant

*********************************

    Now comes Sharron Wendy Valliere, in the above-entitled matter and under oath deposes and says that:

1.   I am the Plaintiff in the above-entitled matter and reside at 237 Maple Street, Stowe, Vermont.

2.   The Defendant and I cohabited for approximately ten years until April 2003, when I asked him to leave my home at 24 York Street, Nantucket, due to his habitual use of drugs and alcohol.

3.   During the period of our cohabitation, I loaned and gifted substantial amounts of money to the Defendant.

4.   I also placed the Defendant's name on a piece of real estate that I owned in Vermont with the intention that if I died I wanted the Defendant to receive it.

5.   The Vermont real estate was sold within weeks of our separation and the Defendant signed the documents necessary to sell it. The Defendant had invested no money in this property, and the mortgage was in my name individually. It was understood that the Defendant's interest in this property was purely testamentary

*9*

A TRUE COPY, ATTEST:

*Register of Probate*