UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action
No:04-11917-WGY

**ROWE**
**Plaintiff**

v.

**VALLIERE**
**Defendant**

## NOTICE OF HEARING

**YOUNG, C.J.**

TAKE NOTICE that the above-entitled case has been set for Hearing on the Motion to Dismiss at 2:00 PM , on TUE. NOV. 16 , 2004, in Courtroom No. 18, 5TH FLOOR. Opposition to the motion is due Oct. 7, 2004. Reply brief, if any, is due by Oct.18,2004.

By the Court,

/s/ Elizabeth Smith

**Deputy Clerk**

**October 7, 2004**

**To: All Counsel**