AO 440 (Rev. 8/01) Summons in a Civil Action

## UNITED STATES DISTRICT COURT

Eastern _____ District of  Massachusetts

William Rowe v. Sharron Wendy Valliere

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 04 11917 WGY

TO: (Name and address of Defendant)

Sharon Wendy Valliere
137 Maple Street
Stowe, VT

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Paul A. Gargano
Gargano & Associates
4 Canal Park
Cambridge, MA 02141

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
CLERK

_____
(By) DEPUTY CLERK

_____
DATE

%AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE | September 17, 2004 |
| NAME OF SERVER (PRINT) Richard M. Bretschneider | TITLE | Nantucket County Sheriff |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served:

In the Nantucket County Sheriff's Office, 16 Broad Street, Nantucket MA 02554.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES $35.40 | TOTAL $0.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   September 17, 2004
             ─────────────────
                  Date

*Signature of Server:*
Richard M. Bretschneider
Nantucket County Sheriff

16 Broad St., PO Box 419, Nantucket, MA 02554
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.