# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-11917-WGY

William Rowe,
        PLAINTIFF

v.

Sharron Wendy Valliere,
        DEFENDANT

## ASSENTED MOTION TO EXTEND TIME TO FILE REPLY BRIEF

NOW COMES Defendant, Sharron Wendy Valliere, in the above-captioned matter and respectfully moves this Honorable Court to extend the time to file her reply to Plaintiff's Opposition to Motion to Dismiss for one week to October 22, 2004.

IN SUPPORT OF HER MOTION, the Defendant, through her counsel, says that:

- The Defendant has been out of the country for two weeks and returns early next week.
- Counsel for the Defendant needs to confer with her client in order to assess the need for and file a proper reply to Plaintiff's Opposition.
- The hearing on Defendant's Motion to Dismiss is not scheduled for hearing until November 16, 2004, and there will be no prejudice to the Plaintiff to permit this additional time to file.

For the foregoing reasons, Defendant requests that said time to reply be extended until October 25, 2004.

Dated: October 15, 2004

        Respectfully submitted.
        Sharron Wendy Valliere,
        By her Attorney,

/s/ Carol A. Witt

Carol A. Witt
Attorney for Defendant
125 Washington Street, Suite 201
Salem, MA 01970
BBO# 531820
Telephone: 978-740-9900 / Fax: 978-740-9901

ASSENTED TO:

/s/ Paul Gargano

Paul A. Gargano
Attorney for Plaintiff
Gargano and Associates
4 Canal Park
Cambridge MA 02141
BBO# 185560
Telephone: 617-621-1100

# GARGANO AND ASSOCIATES

Professional Corporation
Attorneys at Law

*Paul A. Gargano
Sean M. Beagan
Alison C. Gargano
Timothy Scannell
Christopher Carbone

Ilda Almeida
Claims Administrator
Sreedevi Raparti
Technical Advisor

* Member of Colorado Bar

Thomas Graves Landing
4 Canal Park
Cambridge, Massachusetts 02141
OFFICE (617) 621-1100
FAX (617) 621-1177

Gargano, Beagan & Associates
Cape Cod & Islands Office:
2956 Falmouth Road
Osterville, Massachusetts 02655
(508) 420-9393

Nantucket Office
(508) 325-0808

*All mail should be forwarded to
4 Canal Park
Cambridge, Massachusetts*

October 15, 2004

Carol A. Witt, Esq.
By Facsimile: (978)740-9901

Re: Witchcraft

Dear Attorney Witt:

    Please accept this correspondence in response to your facsimile of this afternoon. The Plaintiff, William Rowe, will hereby assent to an extension of time to file a Reply brief **to one week from today: October 22, 2004.** Kindly forward to this office a copy of the motion that you file today for our records.

    If you have any questions or concerns, please do not hesitate to contact this office.

Sincerely,

Paul Gargano