# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MASSACHUSETTS

CIVIL ACTION #04 11917 WGY

| | |
|---|---|
| WILLIAM ROWE,<br>           PLAINTIFF<br><br>v.<br><br>SHARRON WENDY VALLIERE,<br>           DEFENDANT | AFFIDAVIT OF COUNSEL IN SUPPORT OF MOTION FOR RULE 11 SANCTIONS |

NOW COMES Carol A. Witt, in the above-entitled matter and under oath deposes and says that:

1. I am the attorney of record for Sharron Wendy Valliere, and I am making this affidavit in support of *Defendant's Motion for Sanctions under Rule 11*.

2. I am admitted to practice in the Commonwealth of Massachusetts and the United States District Court for the Eastern District of Massachusetts.

3. The Defendant alleges that the plaintiff and his attorneys have willfully violated Rule 11 of the Federal Rules of Civil Procedure, and that the Defendant is entitled to recover her reasonable costs including attorney's fees as provided in that rule.

4. Based on my years of experience, the reasonable hourly charge for my services is $300.00 per hour, and my paralegal's hourly rate is $75.00 per hour. Costs incurred by the Defendant since the filing of the *Plaintiff's Motion in Opposition to Plaintiff's Motion to Dismiss for Lack of Subject Matter Jurisdiction and For Sanctions* are itemized as follows:

| Date | Description | Time | Cost |
|---|---|---|---|
| 10/01/2004 | Draft Supplemental Memorandum in Support of Defendant's Motion to Dismiss | 0.5 | $150.00 |
| 10/01/2004 | Letter to federal court | 0.2 | $60.00 |

| Date | Description | Hours | Amount |
|---|---|---|---|
| 10/14/2004 | Paralegal research for reply brief | 5.0 | $375.00 |
| 10/18/2004 | Telephone call with client | 0.2 | $60.00 |
| 10/18/2004 | Review research and prepare first draft of Brief in Response to Opposition to Defendant's Motion to Dismiss | 2.0 | $600.00 |
| 10/19/2004 | Telephone conference with client | 1.2 | $360.00 |
| 10/19/2004 | Preparation of reply brief | 1.0 | $300.00 |
| 10/20/2004 | Telephone call with client | 0.3 | $90.00 |
| 10/20/2004 | Preparation of Defendant's Supplemental Affidavit in Response to Plaintiff's Opposition to Motion | 1.0 | $300.00 |
| 10/20/2004 | Telephone call with client | 0.2 | $60.00 |
| 10/20/2004 | Telephone call to Michael Wood, CPA and preparation of Affidavit | 1.0 | $300.00 |
| 10/20/2004 | Revise and finalize Brief in Response to Opposition to Defendant's Motion to Dismiss | 1.5 | $450.00 |
| 10/21/2004 | Research and first draft of Memorandum in Support of Defendant's Motion for Sanctions under Rule 11 | 2.50 | $750.00 |
| 10/25/2004 | Revise and finalize Memorandum in Support of Defendant's Motion for Sanctions under Rule 11 | 1.0 | $300.00 |
| 10/25/2004 | Preparation of Affidavit of Counsel in Support of Motion for Rule 11 Sanctions | 0.5 | $150.00 |
| 10/26/2004 | Letter to court | 0.2 | $60.00 |
| | Total Fees to Date | 6.2 | $4365.00 |

Signed under the penalties of perjury this 25th day of October, 2004

*Carol A. Witt*
Carol A. Witt

# Commonwealth of Massachusetts

**Essex, ss.**

On this 25th day of October 2004, personally appeared before me Carol A. Witt, who proved to me through satisfactory evidence of identification, to wit, personal knowledge of her identity, to be the signer of the foregoing document, and who swore or affirmed to me that the contents of said document are truthful and accurate to the best of her knowledge and belief.

*Donna M. Saunders*
Donna M. Saunders/Notary Public
My Commission expires August 21, 2009

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorneys of record for the Plaintiff by mail, postage prepaid, on October 25, 2004.

*Carol A. Witt*
Carol A. Witt