## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

Civil Action
No: 04-11917-WGY

ROWE
Plaintiff

v.

VALLIERE
Defendant

ORDER OF REMAND

YOUNG, C.J.

In accordance with the Court's order at the hearing of NOV. 16, 2004, the above-entitled action is hereby remanded to SUPERIOR COURT SITTING IN AND FOR NANTUCKET.

By the Court,

/s/ Elizabeth Smith

Deputy Clerk

November 17, 2004

To:  All Counsel