# GARGANO AND ASSOCIATES

\* Paul A. Gargano
Sean M. Beagan
Alison C. Gargano
Douglas M. Callaghan
James K. Brownell

\* Member of Colorado Bar

Professional Corporation
Attorneys at Law

Thomas Graves Landing
4 Canal Park
Cambridge, Massachusetts 02141
OFFICE (617) 621-1100
FAX (617) 621-1177

Cape Cod & Islands Office:
2956 Falmouth Road
Osterville, Massachusetts 02655
(508) 420-9393

Nantucket Office
(508) 325-0808

*All mail should be forwarded to*
*4 Canal Park*
*Cambridge, Massachusetts*

November 24, 2004

Clerks Office
Unites States District Court
1 Courthouse Way
Boston, Ma

RE: Rowe v. Valliere
    Case #: 1:04-cv-11917 - WGY

To whom it may Concern:

I appeared before Judge Young on 11/16/04 in a motion session on the Rowe v.Valliere case. At that time the Judge declined to issue sanctions requested by the defendant, and transferred the case to Nantucket Superior Court. The courts subsequent written order entered 11/17/04 did not reflect that the Motion for Sanctions was denied. I believe an amended order is necessary to properly reflect the ruling of the court.

Sincerely,

Paul A. Gargano

Paul A. Gargano Esq.